## ATTACHMENT TO CIVIL COVER SHEET

I. **Plaintiff's Attorneys**

NATHAN BRENNER
(Illinois Bar 6317564)
Lead Counsel
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2314
Email: nbrenner@ftc.gov

STEPHEN MOHR
JORDAN ANDREW
JACOB DANZIGER
EVELYN JOHNS
EVAN R. JOHNSON
MATTHEW JOSEPH
BETTY JEAN MCNEIL
DYLAN NAEGELE
R. TYLER SANBORN
ANJELICA SARMIENTO
ANDREW SCHEPERLE
HILLA SHIMSHONI
JESSICA WEINER

*Attorneys for Plaintiff Federal Trade Commission*

RACHEL F. SIFUENTES
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604
Tel: 312-960-5617
Email: rsifuentes@ftc.gov

*Local Counsel for Plaintiff Federal Trade Commission*

II.   **Defendants' Attorneys**

RENATA B. HESSE
Sullivan & Cromwell LLP
1700 New York Avenue NW, Suite 700
Washington, D.C. 20006
Tel.: 202-956-7575
Email: hesser@sullcrom.com

*Counsel for Defendant Amgen Inc.*

JACQUELINE I. GRISE
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, D.C. 20004
Tel.: 202-728-7001
Email: jgrise@cooley.com

*Counsel for Defendant Horizon Therapeutics PLC*