## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Federal Trade Commission

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−03053
                                                              Honorable John F. Kness

Amgen Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint emergency motion [9] for entry of a stipulated order to delay temporarily the consummation of Defendant Amgen's acquisition of Defendant Horizon. For the reasons provided by the parties, the Joint Motion is granted. Enter separate stipulated order. A case management conference is set for 5/23/2023 at 09:00 AM to consider the parties' forthcoming proposed case management order. Plaintiff's unopposed motion [6] to seal is granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.