IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> AMGEN, INC. <br><br> and <br><br> HORIZON THERAPEUTICS PLC, <br><br> *Defendants*. | No. 23-cv-03053 <br><br> Judge John F. Kness |

**STIPULATED ORDER TO ADDRESS THE FTC's
REQUEST FOR A TEMPORARY RESTRAINING ORDER**

WHEREAS Plaintiff the Federal Trade Commission (the "FTC") filed a complaint in this matter on May 16, 2023, seeking, among other forms of relief, a temporary restraining order ("TRO") and preliminary injunction enjoining the acquisition (the "Acquisition") of Defendant Horizon Therapeutics PLC ("Horizon") by Defendant Amgen, Inc. ("Amgen");

WHEREAS Defendants Amgen and Horizon believe the Acquisition is lawful, the complaint is without merit, and there is no basis for a TRO or any other injunctive relief deferring consummation of the Acquisition; and

WHEREAS Defendants Amgen and Horizon are nonetheless agreeable to deferring consummation of the Acquisition until September 15, 2023 to permit full

1

briefing, a hearing, and less-compressed consideration by the Court of the parties' respective positions;

**IT IS HEREBY AGREED** that Defendants will not consummate the Acquisition until the earlier of (i) September 15, 2023, or (ii) two business days after a ruling by this Court on the FTC's motion for a preliminary injunction under Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and Section 7 of the Clayton Act, 15 U.S.C. § 18; *provided*, however, that Defendants may consummate the Acquisition immediately if the FTC does not file an administrative complaint within 20 days of the date this Stipulation is entered by the Court;

**IT IS FURTHER AGREED** that, on or before May 22, 2023, the parties will submit a proposed joint case management order that will permit expedited discovery, full briefing of the issues, and a hearing to be held at the Court's convenience in August 2023;

**IT IS FURTHER AGREED** that the parties hereby request an expedited case management conference with the Court (at its earliest convenience during the week of May 22, 2023) to resolve any disputes concerning the forthcoming proposed case management order;

**IT IS FURTHER AGREED** that discovery has commenced, and the FTC shall begin producing its investigative file on May 18, 2023, upon the submission of a proposed interim protective or confidentiality order, to permit the parties to achieve the objective of an August hearing on the FTC's motion for a preliminary injunction;

**IT IS FURTHER AGREED** that the FTC will produce its full investigative file as quickly as possible, and will use its best efforts to complete production no later than Tuesday, May 23, 2023; and

**IT IS FURTHER AGREED** that the parties will abide by the proposed interim protective or confidentiality order unless and until the Court enters a superseding protective or confidentiality order.

(*Order continued on following page.*)

/s/ Nathan Brenner

Nathan Brenner
Stephen A. Mohr
Jordan S. Andrew
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: 202-326-2314
Email: nbrenner@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Rachel F. Sifuentes
Midwest Regional Office
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff Federal Trade Commission*

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant Amgen, Inc.*

/s/ Ethan Glass

Ethan Glass
eglass@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Defendant Horizon Therapeutics PLC*

SO ORDERED in No. 23-cv-03053.

Date: May 17, 2023

                                                JOHN F. KNESS
                                                United States District Judge