UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      *Plaintiff*,<br><br>  v.<br><br>AMGEN, INC.<br><br>and<br><br>HORIZON THERAPEUTICS PLC,<br><br>      *Defendants*. | Case No. 1:23-cv-03053<br><br>Judge John F. Kness |

**CORPORATE DISCLOSURE AND
NOTIFICATION OF AFFILIATES OF AMGEN, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amgen, Inc. ("Amgen") hereby states that it is a nongovernmental corporate party that has no parent corporation nor does any publicly held corporation own more than 10% of its stock.

Defendant Amgen also hereby states that it is an affiliate of the Vanguard Group, BlackRock Fund Advisors and SSgA Funds Management, Inc., as that term is defined in Local Rule 3.2, as each of these entities owns more than 5% of Amgen's stock.

Dated: May 17, 2023

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant Amgen, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I caused true and correct copies of the foregoing CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES to be served via electronic mail on counsel listed below:

Nathan Brenner
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: 202-326-2314
Email: nbrenner@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Renata B. Hesse
Sullivan & Cromwell LLP
1700 New York Avenue, NW
Washington, DC 20006
Tel: 202-956-7575
hesser@sullcrom.com

*Counsel for Amgen, Inc.*

Ethan Glass
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Tel: 202-728-7001
eglass@cooley.com

*Counsel for Horizon Therapeutics PLC*

/s/ David R. Marriott

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: 212-474-1430
dmarriott@cravath.com

*Counsel for Amgen, Inc.*