# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                *Plaintiff*,<br><br>     v.<br><br>AMGEN INC.<br><br>and<br><br>HORIZON THERAPEUTICS PLC,<br><br>                *Defendants*. | Case No. 23-cv-03053 |

## ORDER DIRECTING
## THE FILING UNDER SEAL OF PLAINTIFF'S REDACTED COMPLAINT

Upon consideration of Plaintiff's motion for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Local Civil Rules 5.8 and 26.2, directing that Plaintiff's Redacted Complaint, Dkt. 7, be sealed,

**IT IS HEREBY ORDERED** that the Complaint, Dkt. 7, be sealed until further order of the Court; and

**IT IS FURTHER ORDERED** that Plaintiff may move to unseal some or all documents after Defendants have had full opportunity to review the documents.

**SO ORDERED**, this 18th day of May, 2023

                                                     JOHN F. KNESS
                                                     United States District Judge