# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Federal Trade Commission v. Amgen Inc. et al.

Case Number: 23-3053

An appearance is hereby filed by the undersigned as attorney for:

Federal Trade Commission

Attorney name (type or print): Dylan P. Naegele

Firm: Federal Trade Commission

Street address: 600 Pennsylvania Ave NW

City/State/Zip: Washington, DC 20580

Bar ID Number:
(See item 3 in instructions)

Telephone Number: 202-326-2433

Email Address: dnaegele@ftc.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/18/2023

Attorney signature: S/ Dylan P. Naegele
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015