**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-03053 |
| | ) |
| v. | ) |
| | ) |
| AMGEN INC. | ) |
| | ) |
| and | ) |
| | ) |
| HORIZON THERAPEUTICS PLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

Plaintiff and Defendants respectfully move jointly for entry of a case management order pursuant to the parties' stipulation and the Court's order of May 18, 2023. The parties have met and conferred regarding a proposed case management order setting forth a discovery plan and briefing deadlines in this matter and respectfully submit the following proposal. The parties' proposal assumes that the Court will be able to accommodate an evidentiary hearing in mid-August 2023. If, however, the Court's schedule will not permit such a schedule, the parties will continue to meet and confer to propose an alternative schedule. The parties will be prepared to discuss these issues and to answer any questions the Court may have at the hearing scheduled for May 23, 2023.

Dated: May 22, 2023

Respectfully submitted,

/s/ Nathan Brenner
Nathan Brenner
Stephen A. Mohr
Jordan S. Andrew
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: 202-326-2314
Email: nbrenner@ftc.gov
*Counsel for Plaintiff Federal Trade
Commission*

Rachel F. Sifuentes
Midwest Regional Office
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff
Federal Trade Commission*

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorney for Defendant Amgen Inc.*

/s/ Ethan Glass

Ethan Glass
eglass@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorney for Defendant Horizon Therapeutics PLC*