UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Federal Trade Commission
         Plaintiff,

v.                     Case No.: 1:23−cv−03053
                     Honorable John F. Kness

Amgen Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

  MINUTE entry before the Honorable John F. Kness: Motion by David Burns for leave to appear pro hac vice on behalf of Defendant Horizon Therapeutics PLC [26] is granted. Motions by Keith R. Hummel, Daniel K. Zach, Timothy G. Cameron, and Jesse M. Weiss on behalf of Defendant Amgen Inc. [40], [41], [43], and [44] are granted. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.