AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois |
|---|---|
| DOCKET NO.<br>23cv3193 | DATE FILED<br>5/22/2023 |
| PLAINTIFF<br>Mark Gemmell | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>J. Hollimon | DATE<br>5/23/2023 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-119**

**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

## Title

**Title of Work:** Funny Girl

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Mark Gemmell
  **Author Created:** photograph
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions

**Name:** Mark Gemmell
**Email:** gemmell.mark@gmail.com
**Telephone:** (447)948-2554x69

## Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** MG2023020101

Page 1 of 2



Funny Girl

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-339-120**

**Effective Date of Registration:**
February 01, 2023

**Registration Decision Date:**
March 21, 2023

---

## Title

**Title of Work:** Magnificence

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 24, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Mark Gemmell
  **Author Created:** photograph
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions

**Name:** Mark Gemmell
**Email:** gemmell.mark@gmail.com
**Telephone:** (447)948-2554x69

## Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** MG2023020102

Page 1 of 2



Magnificence

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-339-116**

**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

---

## Title

    **Title of Work:** Pose

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** May 21, 2013
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Mark Gemmell
    **Author Created:** photograph
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Mark Gemmell
    10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions

    **Name:** Mark Gemmell
    **Email:** gemmell.mark@gmail.com
    **Telephone:** (447)948-2554x69

## Certification

    **Name:** David Denholm
    **Date:** February 01, 2023
    **Applicant's Tracking Number:** MG2023020103

Page 1 of 2



Pose

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-339-117**

**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

---

### Title

**Title of Work:** Spring Air

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United Kingdom

### Author

- **Author:** Mark Gemmell
  **Author Created:** photograph
  **Citizen of:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

### Rights and Permissions

**Name:** Mark Gemmell
**Email:** gemmell.mark@gmail.com
**Telephone:** (447)948-2554x69

### Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** MG2023020104

Page 1 of 2



Spring Air