# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Federal Trade Commission

                    Plaintiff,

v.                                                 Case No.: 1:23−cv−03053

                                                      Honorable John F. Kness

Amgen Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2023:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 5/23/2023. For the reasons discussed on the record, the parties will file a joint status report concerning scheduling matters on or before 5/30/2023. An evidentiary hearing on Plaintiff's request for preliminary injunctive relief is set for 9/11/2023 at 9:30 a.m. Additional future hearings will be set by separate order once the parties have filed their joint status report. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.