**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. AMGEN INC. and HORIZON THERAPEUTICS PLC, *Defendants*. | Case No. 1:23-cv-03053<br><br>Judge John F. Kness |

# PLAINTIFF AND DEFENDANTS' JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER

Plaintiff and Defendants respectfully move jointly for an order entering the parties' joint stipulation concerning a temporary restraining order ("TRO"). The parties previously entered into a stipulation concerning a TRO on May 17, 2023, and the Court so-ordered that stipulation later the same day. Following a hearing on May 23, 2023, the parties agreed to enter into a stipulation concerning a new TRO. *See* Exhibit A. Accordingly, Plaintiff and Defendants now respectfully request that the Court enter the attached stipulation as soon as practicable.

Dated: June 1, 2023

Respectfully submitted,

/s/ Nathan Brenner

Nathan Brenner
Stephen A. Mohr
Jordan S. Andrew
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: 202-326-2314
Email: nbrenner@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*

Rachel F. Sifuentes
Midwest Regional Office
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff Federal Trade Commission*

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorney for Defendant Amgen Inc.*

/s/ Ethan Glass

Ethan Glass
eglass@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorney for Defendant Horizon Therapeutics PLC*