# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      *Plaintiff*,<br><br>  v.<br><br>AMGEN INC.<br><br>and<br><br>HORIZON THERAPEUTICS PLC,<br><br>      *Defendants*. | Case No. 1:23-cv-03053<br><br>Judge John F. Kness |

**STIPULATED ORDER TO ADDRESS THE FTC'S
REQUEST FOR A TEMPORARY RESTRAINING ORDER**

WHEREAS Plaintiff the Federal Trade Commission (the "FTC") filed a complaint in this matter on May 16, 2023, seeking, among other forms of relief, a temporary restraining order ("TRO") and preliminary injunction enjoining the acquisition (the "Acquisition") of Defendant Horizon Therapeutics PLC ("Horizon") by Defendant Amgen Inc. ("Amgen");

WHEREAS Defendants Amgen and Horizon believe the Acquisition is lawful, the complaint is without merit, and there is no basis for a TRO or any other injunctive relief deferring consummation of the Acquisition; and

WHEREAS Defendants Amgen and Horizon are nonetheless agreeable to deferring consummation of the Acquisition until October 31, 2023 to permit full briefing, a hearing, and less-compressed consideration by the Court of the parties' respective positions;

1

**IT IS HEREBY AGREED** that Defendants will not consummate the Acquisition until the earlier of (i) October 31, 2023, or (ii) two business days after a ruling by this Court on the FTC's motion for a preliminary injunction under Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and Section 7 of the Clayton Act, 15 U.S.C. § 18; *provided*, however, that Defendants may consummate the Acquisition immediately if the FTC does not file an administrative complaint within 20 days of the date this Stipulation is entered by the Court.

/s/  Nathan Brenner

Nathan Brenner
Stephen A. Mohr
Jordan S. Andrew
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.:  202-326-2314
Email:  nbrenner@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Rachel F. Sifuentes
Midwest Regional Office
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff Federal Trade Commission*

/s/  David R. Marriott

David R. Marriott
dmarriott@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorney for Defendant Amgen Inc.*

/s/  Ethan Glass

Ethan Glass
eglass@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorney for Defendant Horizon Therapeutics PLC*

SO ORDERED in No. 23-cv-03053.

Date: May        , 2023

                                                               JOHN F. KNESS
                                                                United States District Judge