## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Federal Trade Commission

           Plaintiff,

v.                      Case No.: 1:23−cv−03053
                     Honorable John F. Kness

Amgen Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

  MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' joint motion for entry of a case management order [51]. The parties have agreed on dates for all but a few deadlines and, in their respective status reports [52][53], have proposed competing schedules for the disputed dates. After reviewing the parties' competing schedules and respective arguments in support, the Court adopts Defendants' proposed schedule and grants the motion [51]. Enter separate Case Management Order. The parties' previously filed joint motion for entry of a case management order [42] is dismissed as moot. In addition, the motion [46] by Jacqueline Grise for leave to appear pro hac vice on behalf of Defendant Horizon Therapeutics is granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.