UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>AMGEN INC.<br><br>and<br><br>HORIZON THERAPEUTICS PLC,<br><br>*Defendants*. | Case No. 1:23-cv-03053<br><br>Judge John F. Kness |

**STIPULATED ORDER TO ADDRESS THE FTC'S
REQUEST FOR A TEMPORARY RESTRAINING ORDER**

WHEREAS Plaintiff the Federal Trade Commission (the "FTC") filed a complaint in this matter on May 16, 2023, seeking, among other forms of relief, a temporary restraining order ("TRO") and preliminary injunction enjoining the acquisition (the "Acquisition") of Defendant Horizon Therapeutics PLC ("Horizon") by Defendant Amgen Inc. ("Amgen");

WHEREAS Defendants Amgen and Horizon believe the Acquisition is lawful, the complaint is without merit, and there is no basis for a TRO or any other injunctive relief deferring consummation of the Acquisition; and

WHEREAS Defendants Amgen and Horizon are nonetheless agreeable to deferring consummation of the Acquisition until October 31, 2023 to permit full briefing, a hearing, and less-compressed consideration by the Court of the parties' respective positions;

1

**IT IS HEREBY AGREED** that Defendants will not consummate the Acquisition until the earlier of (i) October 31, 2023, or (ii) two business days after a ruling by this Court on the FTC's motion for a preliminary injunction under Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and Section 7 of the Clayton Act, 15 U.S.C. § 18; *provided*, however, that Defendants may consummate the Acquisition immediately if the FTC does not file an administrative complaint within 20 days of the date this Stipulation is entered by the Court.

| | |
|---|---|
| /s/ Nathan Brenner | /s/ David R. Marriott |
| Nathan Brenner<br>Stephen A. Mohr<br>Jordan S. Andrew<br>Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel.: 202-326-2314<br>Email: nbrenner@ftc.gov | David R. Marriott<br>dmarriott@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorney for Defendant Amgen Inc.* |
| *Counsel for Plaintiff Federal Trade Commission* | /s/ Ethan Glass |
| Rachel F. Sifuentes<br>Midwest Regional Office<br>Federal Trade Commission<br>230 S. Dearborn St., Room 3030<br>Chicago, IL 60604 | Ethan Glass<br>eglass@cooley.com<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 |
| *Local Counsel for Plaintiff Federal Trade Commission* | *Attorney for Defendant Horizon Therapeutics PLC* |

SO ORDERED in No. 23-cv-03053.

Date: May 2, 2023

_____
JOHN F. KNESS
United States District Judge