**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA,
STATE OF ILLINOIS,
STATE OF MINNESOTA,
STATE OF NEW YORK,
STATE OF WASHINGTON
and
STATE OF WISCONSIN,

        *Plaintiffs*,

v.

AMGEN INC.
and
HORIZON THERAPEUTICS PLC,

        *Defendants*.

Case No. 1:23-cv-03053

Judge John F. Kness

---

## STATEMENT CONCERNING AGREED-TO BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS AMGEN INC. AND HORIZON THERAPEUTICS PLC'S MOTION TO MODIFY THE INTERIM CONFIDENTIALITY ORDER

In order to facilitate an expedited ruling on Defendants Amgen Inc. and Horizon Therapeutics plc's Motion to Modify the Interim Confidentiality Order, Defendants and Plaintiff Federal Trade Commission have agreed on the following briefing schedule and page limits:

| Event | Deadline | Page Limit |
|---|---|---|
| Defendants' Motion to Modify the Interim Confidentiality Order | June 30, 2023 | 7 pages |
| Plaintiff's Response to Defendants' Motion to Modify the Interim Confidentiality Order | July 10, 2023 | 7 pages |
| Defendant's Reply to the Plaintiff's Response to Defendants' Motion to Modify the Interim Confidentiality Order | July 14, 2023 | 4 pages |

June 30, 2023

Respectfully submitted,

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
Timothy G. Cameron (*admitted pro hac vice*)
tcameron@cravath.com
Daniel K. Zach (*admitted pro hac vice*)
dzach@cravath.com
Jesse M. Weiss (*admitted pro hac vice*)
jweiss@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Renata B. Hesse (*admitted pro hac vice*)
hesser@sullcrom.com
Samantha F. Hynes (*admitted pro hac vice*)
hyness@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20006
Telephone: (202) 956-7575

/s/ Ethan Glass

Ethan Glass
eglass@cooley.com
Jacqueline Grise (*admitted pro hac vice*)
jgrise@cooley.com
David Burns (*admitted pro hac vice*)
dburns@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Matthew L. Kutcher (Bar No. 6275320)
mkutcher@cooley.com
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

*Attorneys for Defendant Horizon Therapeutics plc*

James R. Figliulo
jfigliulo@sgrlaw.com
Dylan Smith
dylansmith@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
10 S. LaSalle, Suite 3600
Chicago, IL 60603
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

*Attorneys for Defendant Amgen Inc.*