**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Federal Trade Commission, et al.
                              Plaintiff,

v.                                                    Case No.: 1:23−cv−03053
                                                      Honorable John F. Kness

Amgen Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 18, 2023:


      MINUTE entry before the Honorable John F. Kness: Before the Court is Regeneron Pharmaceutical's unopposed motion [94] to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. Regeneron seeks to intervene in this matter for the limited purpose of opposing Defendants' motion [79] to modify the interim confidentiality order. According to Regeneron, Defendants' motion to modify, if granted, will cause disclosure of Regeneron's proprietary and highly confidential business information. The Court agrees with Regeneron that the requirements for intervention under Rule 24 are satisfied. Accordingly, Regeneron's motion to intervene is granted. Regeneron's brief [94−3] in opposition to Defendants' motion to modify the protective order is deemed filed *instanter*. Motions by counsel for leave to appear pro hac vice [93] [98] [99] are granted. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.