**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>STATE OF CALIFORNIA<br><br>STATE OF ILLINOIS<br><br>STATE OF MINNESOTA<br><br>STATE OF NEW YORK<br><br>STATE OF WASHINGTON<br><br>and<br><br>STATE OF WISCONSIN,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>AMGEN INC.<br><br>and<br><br>HORIZON THERAPEUTICS PLC,<br><br>     *Defendants*. | C.A. No. 1:23-cv-03053 |

**STATEMENT CONCERNING AGREED-TO BRIEFING SCHEDULE FOR
PLAINTIFF FEDERAL TRADE COMMISSION'S
<u>MOTION TO STRIKE CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES</u>**

Plaintiff and Defendants have agreed on the following briefing schedule regarding Plaintiff Federal Trade Commission's Motion to Strike Certain of Defendants' Affirmative Defenses:

| Event | Deadline |
|---|---|
| Plaintiff's Motion to Strike Certain of Defendants' Affirmative Defenses | July 20, 2023 |
| Defendants' Response in Opposition to Plaintiff's Motion to Strike | August 10, 2023 |
| Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Strike | August 24, 2023 |

Dated July 20, 2023

Respectfully submitted,

/s/ Nathan Brenner
Nathan Brenner (IL Bar 6317564)
Stephen A. Mohr
Jordan S. Andrew
Jessica Weiner

Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: 202-326-2314
Email: nbrenner@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Rachel F. Sifuentes
Midwest Regional Office
Federal Trade Commission
230 S. Dearborn St., Room 3030
Chicago, IL 60604

*Local Counsel for Plaintiff Federal Trade Commission*