**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Federal Trade Commission, et al.

Plaintiff,

v.

Case No.: 1:23−cv−03053
Honorable John F. Kness

Amgen Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 21, 2023:

MINUTE entry before the Honorable John F. Kness: Before the Court is a letter [112] from Defendant Amgen (on behalf of all parties) dated 7/20/2023. In summary, Amgen's letter requests "a modest adjustment" to the existing schedule for the upcoming evidentiary hearing on Plaintiff's motion for a preliminary injunction. Specifically, to accommodate the participation of Amgen's counsel in ongoing proceedings before the Fifth Circuit, Amgen requests (and the parties all agree) that the evidentiary hearing remain scheduled to start on 9/11/2023; adjourn for the full day on 9/12/2023; and resume on 9/13/2023. For the reasons stated by Amgen, the request is granted, and the schedule is amended as noted. Separately before the Court is Plaintiff FTC's opposed motion [113] to strike certain of Defendants' affirmative defenses. The parties have proposed an acceptable briefing schedule [114]. Briefing on the motion to strike will thus proceed on the schedule set forth at Docket [114]. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.