UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br> STATE OF CALIFORNIA, <br> STATE OF ILLINOIS, <br> STATE OF MINNESOTA, <br> STATE OF NEW YORK, <br> STATE OF WASHINGTON <br> and <br> STATE OF WISCONSIN, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMGEN INC. <br> and <br> HORIZON THERAPEUTICS PLC, <br><br> *Defendants*. | Case No. 1:23-cv-03053 <br><br> Judge John F. Kness |

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 26.2 Defendants Amgen Inc. ("Amgen") and Horizon Therapeutics plc ("Horizon" and, together with Amgen, "Defendants") respectfully move, on the following grounds, to file under seal their memorandum in opposition to Plaintiff's motion for preliminary injunction, along with the supporting exhibits, (collectively, the "preliminary injunction response materials"):

1. On May 19, 2023, the Court entered an Interim Confidentiality Order. (Dkt. 25.) Paragraph 7 of that Order prohibits disclosure of "Confidential Material" except as specifically authorized. Paragraph 9 of that Order requires any party intending

to file any pleading, motion, exhibit or other paper containing "Confidential Material" to file a motion to seal the information.

      2.      Defendants' opposition to Plaintiff's motion for preliminary injunction is due August 21, 2023. (Dkt. 58.)

      3.      The preliminary injunction response materials include information designated "Confidential," including potentially sensitive business information.

      4.      Defendants respectfully request authorization to file unredacted versions of the preliminary injunction response materials under seal so as not to prejudice the confidentiality claims of the parties or of third parties who have produced documents in discovery.

      5.      Defendants will promptly file a redacted, public version of the memorandum in opposition to the motion for preliminary injunction after conferring with Plaintiffs regarding appropriate redactions.

      6.      Counsel for Plaintiff Federal Trade Commission has advised that Plaintiffs do not oppose this motion.

      WHEREFORE, Defendants respectfully request that the Court enter an order authorizing them to file the preliminary injunction response materials under seal.

Dated: August 17, 2023

Respectfully submitted,

/s/ David R. Marriott

David R. Marriott
dmarriott@cravath.com
Timothy G. Cameron (*admitted pro hac vice*)
tcameron@cravath.com
Daniel K. Zach (*admitted pro hac vice*)
dzach@cravath.com
Jesse M. Weiss (*admitted pro hac vice*)
jweiss@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Renata B. Hesse (*admitted pro hac vice*)
hesser@sullcrom.com
Samantha F. Hynes (*admitted pro hac vice*)
hyness@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20006
Telephone: (202) 956-7575

James R. Figliulo
jfigliulo@sgrlaw.com
Dylan Smith
dylansmith@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
10 S. LaSalle, Suite 3600
Chicago, IL 60603
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

*Attorneys for Defendant Amgen Inc.*

/s/ Ethan Glass

Ethan Glass
eglass@cooley.com
Jacqueline Grise (*admitted pro hac vice*)
jgrise@cooley.com
David Burns (*admitted pro hac vice*)
dburns@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Matthew Kutcher
mkutcher@cooley.com
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

*Attorneys for Defendant Horizon Therapeutics plc*