# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF WASHINGTON and STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMGEN INC. and HORIZON THERAPEUTICS PLC,<br><br>*Defendants*. | Case No. 1:23-cv-03053<br><br>Judge John F. Kness |

## DEFENDANTS' UNOPPOSED MOTION
## TO ENLARGE PAGE LIMIT FOR SUMMARY JUDGMENT BRIEF

Defendants Amgen Inc. ("Amgen") and Horizon Therapeutics plc ("Horizon" and, together with Amgen, "Defendants") respectfully move, on the following grounds, for leave to file a memorandum of up to 20 pages in support of their anticipated motion for summary judgment on certain of their counterclaims concerning the constitutionality of the related administrative proceeding.

1. On June 29, 2023, Defendants answered Plaintiffs' complaint and asserted counterclaims raising important constitutional flaws in the Federal Trade Commission ("FTC") administrative proceeding (the "Administrative Proceeding") that underlies Plaintiffs' request for preliminary injunctive relief in this action (Dkt. 77 at 38-56).

2. Defendants intend shortly to move for summary judgment on certain of their Counterclaims—Count I, alleging that the Administrative Proceeding involves an improper delegation of legislative power, in violation of Article I of the Constitution; Count II, alleging that FTC Commissioners and administrative law judges are insulated from accountability to and removal by the President, in violation of Article II of the Constitution; Count III, alleging that the Administrative Proceeding violates Defendants' rights to due process under the Fifth Amendment to the Constitution; and Count IV, alleging that the Administrative Proceeding results from an arbitrary and irrational process for assigning agency review of the transaction at issue and thus violates Defendants' right to equal protection under the Fifth Amendment to the Constitution.

3. Defendants respectfully submit that the five-page enlargement requested in this motion is necessary to present adequately the important constitutional issues raised by Defendants' counterclaims.

4. Counsel for Plaintiff Federal Trade Commission has advised that Plaintiffs do not oppose this request.

WHEREFORE, Defendants respectfully request that the Court enter an order granting them leave to file a memorandum of up to 20 pages in support of their motion for summary judgment on their constitutional counterclaims.

Dated: August 21, 2023

New York, New York

Respectfully submitted,

| | |
|---|---|
| */s/ David R. Marriott* | */s/ Ethan Glass* |

David R. Marriott
dmarriott@cravath.com
Timothy G. Cameron (*admitted pro hac vice*)
tcameron@cravath.com
Daniel K. Zach (*admitted pro hac vice*)
dzach@cravath.com
Jesse M. Weiss (*admitted pro hac vice*)
jweiss@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Renata B. Hesse (*admitted pro hac vice*)
hesser@sullcrom.com
Samantha F. Hynes (*admitted pro hac vice*)
hyness@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20006
Telephone: (202) 956-7575

James R. Figliulo
jfigliulo@sgrlaw.com
Dylan Smith
dylansmith@sgrlaw.com
SMITH, GAMBRELL & RUSSELL, LLP
10 S. LaSalle, Suite 3600
Chicago, IL 60603
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

*Attorneys for Defendant Amgen Inc.*

Ethan Glass
eglass@cooley.com
Jacqueline Grise (*admitted pro hac vice*)
jgrise@cooley.com
David Burns (*admitted pro hac vice*)
dburns@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Matthew Kutcher
mkutcher@cooley.com
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598

*Attorneys for Defendant Horizon Therapeutics plc*