UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF WASHINGTON and STATE OF WISCONSIN, *Plaintiffs*, v. AMGEN INC. and HORIZON THERAPEUTICS PLC, *Defendants*. | Case No. 1:23-cv-03053 Judge John F. Kness |

## DECLARATION OF DAVID R. MARRIOTT IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' CONSTITUTIONAL CLAIMS

I, David Marriott, declare as follows:

1. I am counsel of record for Amgen Inc. in this action. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to these facts under oath.

2. Attached as exhibits to this Declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Federal Trade Commission, "Premerger Notification and the Merger Review Process," https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/mergers/premerger-notification-merger-review-process (last visited August 15, 2023). |
| 2 | Testimony of Abbott B. Lipsky, Jr. to Senate Subcommittee on Antitrust, Competition Policy and Consumer Rights, *S.2102, THE "STANDARD MERGER AND ACQUISITION REVIEWS THROUGH EQUAL RULES ACT OF 2015,"* dated October 7, 2015. |
| 3 | Complaint (PUBLIC), *In the Matter of AMGEN INC., and HORIZON THERAPEUTICS PLC*, FTC Docket No. 9414, filed June 22, 2023. |
| 4 | Press Release, "FTC Sues to Block Biopharmaceutical Giant Amgen from Acquisition That Would Entrench Monopoly Drugs Used to Treat Two Serious Illnesses," dated May 16, 2023. |

3.  Prior to filing its complaint against Amgen Inc., the Federal Trade Commission ("Commission"), as part of its investigation: (i) issued Civil Investigative Demands to third parties; (ii) issued a Request for Additional Information and Documentary Material ("Second Request") to Amgen Inc. and Horizon Therapeutics plc; and (iii) met with, interviewed and received evidence from potential witnesses.

4.  Amgen Inc. discussed settlement of the case with representatives of the Commission.

5.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 21, 2023

New York, New York

/s/ David R. Marriott

David R. Marriott
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
dmarriott@cravath.com

*Counsel for Defendant Amgen Inc.*