UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

FEDERAL TRADE COMMISSION,
STATE OF CALIFORNIA,
STATE OF ILLINOIS,
STATE OF MINNESOTA,
STATE OF NEW YORK,
STATE OF WASHINGTON
and
STATE OF WISCONSIN,

        *Plaintiffs*,

v.

AMGEN INC.
and
HORIZON THERAPEUTICS PLC,

        *Defendants*.

Case No. 1:23-cv-03053

Judge John F. Kness

---

**PLAINTIFFS AND DEFENDANTS' JOINT MOTION
FOR ENTRY OF STIPULATION AND PROPOSED ORDER MODIFYING
THE COURT'S CASE MANAGEMENT ORDER**

Plaintiffs and Defendants respectfully move this Court for an order entering the parties' joint stipulation, extending certain deadlines in the Court's Case Management Order. ECF No. 58. Plaintiffs and Defendants believe that the proposed short extensions of specific deadlines are in the interests of the parties and will not delay the Court's planned evidentiary hearing.

Specifically, the parties jointly request the following modifications:

| Event | Current Date | Proposed Modified Date |
|---|---|---|
| Plaintiff's Reply Brief in Further Support of Motion for Preliminary Injunction and Plaintiff's Rebuttal Expert Reports | September 1, 2023 | September 5, 2023 (noon ET) |
| Deadline to Complete Expert Depositions | September 6, 2023 | September 11, 2023 |

| | |
|---|---|
| Dated: August 28, 2023 | Respectfully submitted, |
| /s/ Nathan Brenner<br>Nathan Brenner (IL Bar 6317564) | /s/ David R. Marriott<br>David R. Marriott<br>dmarriott@cravath.com |
| Federal Trade Commission<br>Bureau of Competition<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel.: 202-326-2314<br>Email: nbrenner@ftc.gov | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| | *Attorneys for Defendant Amgen Inc.* |
| *Counsel for Plaintiff*<br>*Federal Trade Commission* | /s/ Ethan Glass<br>Ethan Glass<br>eglass@cooley.com |
| Rachel F. Sifuentes<br>Midwest Regional Office<br>Federal Trade Commission<br>230 S. Dearborn St., Room 3030<br>Chicago, IL 60604 | COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 |
| *Local Counsel for Plaintiff*<br>*Federal Trade Commission* | *Attorneys for Defendant Horizon Therapeutics plc* |
| /s/ Malinda Lee<br>Malinda Lee<br>Sophia TonNu<br>State of California<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel: 213-269-6223<br>Email: Malinda.Lee@doj.ca.gov | |
| *Attorneys for Plaintiff State of California* | |

/s/ Elizabeth L. Maxeiner
Elizabeth L. Maxeiner (IL Bar 6290159)
Richard S. Schultz
Paul J. Harper
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
Tel: 312-814-3000
Email: Elizabeth.Maxeiner@ilag.gov

*Attorneys for Plaintiff State of Illinois*

/s/ Justin Moor
Justin Moor
Zach Biesanz
State of Minnesota
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Tel: 651-724-9627
Email: justin.moor@ago.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Elinor Hoffmann
Elinor R. Hoffmann
Christopher D'Angelo
State of New York
28 Liberty Street, 20th Floor
New York, NY 10005
Tel: 212-416-8262
Email: Elinor.Hoffmann@ag.ny.gov

*Attorneys for Plaintiff State of New York*

/s/ Luminita Nodit
Luminita Nodit

State of Washington
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Tel: 206-254-0568
Email: Lumi.Nodit@atg.wa.gov

*Attorney for Plaintiff State of Washington*

/s/ Gwendolyn J. Cooley
Gwendolyn J. Cooley
State of Wisconsin
Post Office Box 7857
Madison, WI 53707
Tel: 608-261-5810
Email: cooleygj@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

Richard S. Schultz
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
Tel: 872-272-0996
Email: Richard.Schultz@ilag.gov

*Local Counsel for Plaintiff States of California,
Minnesota, New York, Washington
and Wisconsin*