## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Federal Trade Commission, et al.

                Plaintiff,

v.                                     Case No.: 1:23–cv–03053

                                     Honorable John F. Kness

Amgen Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable John F. Kness: The motions of counsel Jeffrey A. Lamken [132], Michael G. Pattillo [133], Jr., Mark W. Kelley [135], Alexandra C. Eynon [136], and John S. Playforth [147] to appear pro hac vice are granted. Counsel are directed to review LR 83.15(a) and to be prepared to designate local counsel. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.