# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Federal Trade Commission, et al.

                                      Plaintiff,

v.                                                                    Case No.: 1:23−cv−03053

                                                                                Honorable John F. Kness

Amgen Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable John F. Kness: Telephonic status conference set for 8/31/2023 at 10:30 AM to discuss the issues raised by the parties in their letter [142] filed on 8/25/2023. In the interest of efficiency, each party must designate one lead attorney to announce their appearance and to speak on the party's behalf at the teleconference. Other attorneys on the teleconference should refrain from introducing themselves unless their appearance becomes necessary to discuss an outstanding issue. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.