**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Federal Trade Commission, et al., VS. Amgen Inc. and Horizon Therapeutics PLC

Case Number: 1:23-cv-3053

An appearance is hereby filed by the undersigned as attorney for:

International Center for Law & Economics and 11 Scholars of Antitrust Law and Economics

Attorney name (type or print): Jeffrey A. Lamken

Firm: MoloLamken LLP

Street address: 600 New Hampshire Avenue, N.W.

City/State/Zip: Washington, D.C., 20037

Bar ID Number: DC Bar # 440547
(See item 3 in instructions)

Telephone Number: 202-556-2010

Email Address: jlamken@mololamken.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 30, 2023

Attorney signature: S/ Jeffrey A. Lamken
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023