# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MINNESOTA, STATE OF NEW YORK, STATE OF WASHINGTON and STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMGEN INC. and HORIZON THERAPEUTICS PLC,<br><br>*Defendants*. | No. 23-cv-03053<br><br>Judge John F. Kness |

## ORDER DISMISSING ACTION

Upon consideration of the parties' Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that the claims of the Plaintiffs brought in the above captioned matter be and are hereby dismissed with prejudice (*see* Fed. R. Civ. P. 41(a)(2)), with each party bearing its own costs;

**IT IS FURTHER ORDERED** that the counterclaims of the Defendants brought in the above captioned matter be and are hereby dismissed with prejudice solely with respect to this matter, with each party bearing its own costs.

SO ORDERED in No. 23-cv-03053.

Date: September 1, 2023

_____
JOHN F. KNESS
United States District Judge